JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-03896 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MARIBEL DELREAL, et al.,** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Maribel Delreal and Anthony Jose Flores, individually and d/b/a Mari's Wine Bar, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Maribel Delreal and Anthony Jose Flores, individually and d/b/a Mari's Wine Bar, shall pay the plaintiff, J & J Sports Productions, Inc., $4,400.00 in total damages.

///

///

1
2      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
3 mail or by telefax or by email, copies of this Judgment on counsel for the
4 defendants or the pro se defendants in this matter.
5
6
7 Dated: February 5, 2015
8                                           _____
9                                           William Keller
10                                           United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28